**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1818**

PAMELA ROBINSON,

Plaintiff - Appellant,

versus

FRANCIS J. HARVEY, Secretary, Department of
the Army, Successor to R. Les Brownlee,

Defendant - Appellee,

and

CHINE I. CHANG, Department of the Army; DAVID
D. SKATRUD, Department of the Army; DAVID M.
MANN, Department of the Army; WALTER D. BACH,
Department of the Army; MANIE P. CURRIN, Manie
P. Currin and Associates; General Court
Reporting Service; CARLTON M. HADDEN, U. S.
Equal Employment Opportunity Commission;
REGINA N. STEPHENS, U. S. Equal Employment
Opportunity Commission; JOHN M. MILLER,
Department of the Army; DIANA J. BLEVINS,
Department of the Defense,

Defendants.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr., Chief
District Judge. (1:05-cv-00355)

Submitted: November 15, 2007    Decided: November 20, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Pamela Robinson, Appellant Pro Se. Joan Brodish Binkley, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Robinson appeals the district court's order adopting the magistrate judge's report and recommendation to grant Defendant's summary judgment motion on her claims of race and gender discrimination, sexual and racial hostile work environment harassment, and retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and denying her second motion to amend the complaint. We have reviewed the record and affirm for the reasons stated by the district court. See Robinson v. Harvey, No. 1:05-cv-00355 (M.D.N.C. filed June 21, 2007; entered June 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED